# EXHIBIT B



### Jack on Youtube

#### COOKING WITH JACK SHOW

A cooking show for the average Joe.
Recipes you can do. Cooking tips you will love.
Product reviews you can trust.

#### JACK ON THE GO SHOW

Home of the famous FOOD WARS.
Join Jack, Joe, Rick and Edgar as we take on
BURGER WARS, TACO WARS & PIZZA WARS.

#### JACK'S VLOG

Jack vlogs on pretty much anything. Just random thoughts, discussions and announcements.



All rights reserved © Designed by GiveMe, Inc.