# EXHIBIT C



**Ash Sutter** 6 days ago
No ventilation! What if your face or thr of a child was standing close. Back to physics 101 pressure =exploding death! The product is a good idea just needs to vent.
REPLY 2

**PJ Daniels** 1 week ago
I already have the express 101 (the precurwor to this). Worked okay, but I don't live alone and hate cooking in hatches
REPLY

**johndolan513** 1 week ago
This "cooking expert" needs to work on his knife skills, he chops like a caveman!
REPLY 6

View all 2 replies

**MyWhiteIye** 6 days ago
Have you seen the news about the little girl who got burnt by the Instapot?
REPLY

**Ash Sutter** 6 days ago
No ventilation! What if your face or thr of a child was standing close. Back to physics 101 pressure =exploding death! The product is a good idea just needs to vent.
REPLY 2

**PJ Daniels** 1 week ago
I already have the express 101 (the precurwor to this). Worked okay, but I don't live alone and hate cooking in hatches
REPLY

**johndolan513** 1 week ago
This "cooking expert" needs to work on his knife skills, he chops like a caveman!
REPLY 6

View all 2 replies

**Djdoc savage** 1 week ago
GAS BUILT UP FROM THE ONIONS...WASH OF ONIONS....TRY AGAIN JACK
REPLY 4

View reply

**moonlighter6** 1 week ago
Guess you have to add C-Clamps to keep it closed. I'd just never buy this cheap crap.
REPLY 1

**Robert Clolery** 1 week ago
That's why GOD gave us cast iron fry pans!!
REPLY 3

View reply

**moonlighter6** 1 week ago
Guess you have to add C-Clamps to keep it closed. I'd just never buy this cheap crap.
REPLY 1

**Robert Clolery** 1 week ago
That's why GOD gave us cast iron fry pans!!
REPLY 3

View reply

**Shane S** 1 week ago
Hate to say it, but it's kind of common sense not to make an air tight seal when cooking something that produces steam or expands. You see what happens when you do create that air tight seal. Oh, but the instructions tell you to latch the lid. If your owners manual for your vehicle said to hook a hose from the exhaust to the inside of your vehicle and drive with the windows up, would you do it, or would you use common sense? When you use common sense it actually works pretty good.
REPLY 3

**6050ful** 1 week ago
I live 10mins from Fairfield 😂😂😂
REPLY 1

**John Schroeder** 1 week ago
The eggs are creating a seal and allowing steam pressure is building up inside the machine.  You just bought a pressure cooker bomb.
REPLY 3

**G- Gar** 1 week ago
It pops open for no reason
REPLY 2

**Dai C.** 1 week ago
Like microwaving a boiled egg... At least you didn't get burned by runny eggs... Or you did, maybe, and walked it off.
REPLY 3

**Bryan Kay** 1 week ago
You sound and remind me of Chef Brocket from Mr Rodger's Neighborhood.
REPLY

**Lithus17** 1 week ago
Is the latch supposed to be locked during cooking? I bet if you read the instructions it'll say not to lick while cooking.
REPLY 1

View all 3 replies

**Conn Clark** 1 week ago
Any time you latch closed something that makes steam you have a bomb in the making
REPLY 2

**Roscoe Patterson** 1 week ago (edited)
Maybe try not flipping it upside down idiot
REPLY 2

View reply

**Cris Escobedo** 1 week ago
Not looking good 5min copper chef lol
REPLY 1

