# EXHIBIT D

≡  ▶ YouTube    Search    🔍    ⬆ ⊞ ⋮    SIGN IN

2017 Food Jacks Awards

8,897 views

👍 LIKE   👎 DISLIKE   ↗ SHARE   ⎘   •••

Cooking With Jack Show ✓    **SUBSCRIBE** 338K
Published on Dec 29, 2017

PRODUCTS LINKS:
Rachael Ray Cookware http://amzn.to/2Eadi60Y
Here's the good utensil set http://amzn.to/2Dfi035V

SHOW MORE

100 Comments    ↕ SORT BY

🔵  Add a public comment...

⊙  **cyoohoos** · 1 day ago
I was over Rachael Rays stuff when I ordered my bakeware and it cracked the second time I used it
REPLY  👍 👎

🔵  **Paul Foster** · 2 days ago
Hey Jack, I've had my miricle blades for five years and I never had to sharpen them , never , ever in five years I tell you and I uses them religiously Jack.
REPLY  👍 👎

🔵  **EN Puckering** · 2 days ago
Can't wait for the Amazon Prime ordering! I wanted to try your seasonings for a long time now... Good luck~! :)
REPLY  👍 👎

🔵  **Ed E.** · 2 days ago
Hi Jack, where can I get the apron you're wearing?
REPLY  👍 👎

🔵  **Mantas B** · 4 days ago
Happy new 2018 year !!!
REPLY  👍 👎

🔵  **For I'm** · 4 days ago
ilov you ♥♥♥
REPLY  👍 👎

🔵  **Mid-South Flavor** · 4 days ago
Since I'm a new subscriber, this was my first awards show I've seen. Very cool. Very excited to see what 2018 has in store for both of us :) also funny that I have a tech channel too! lol And more prayer is awesome! Great video.
REPLY  👍 👎

🔵  **Itazuke Dee** · 5 days ago (edited)
RR pots and Pans are not sturdy or quality products, I gave my entire set to habitat for Humanity.. YOU PAY FOR WHAT YOU GET Jack .... Try All-Clad for real quality and pots and  pans that will last forever. Happy new Year,, German steel is great ... Kuhn-Rikon
REPLY  👍 👎

🔵  **Cynthia Jordan** · 5 days ago
Jack I try to stay away from spoonfuls/spatulas that are made of 2 pieces. I feel that food gets stuck in the crevices and they need to be taken apart in order to be cleaned properly
REPLY  👍 👎

⊙  **Ofer Tal** · 5 days ago
hi jack, lot's of  LOVE from Jerusalem, ISRAEL
REPLY  👍 👎    View reply ⌄

🔵  **G- Gar** · 5 days ago
January 2018 a great year as a personal trainer specialist sports nutrition
REPLY  👍 👎

🔵  **Chloe Cahill** · 5 days ago
I didn't know that you took prayer requests. I'm not a religious person, but hearing that honestly made me so happy. Thank you.
REPLY  👍 👎  ♥

🔵  **hawaomar100** · 5 days ago
I laughed just as hard as I did the first time when I saw your copper chef mat review. LOL !
REPLY  👍 👎  ♥

🔵  **Matthew Klotz** · 5 days ago
I came across your YouTube channel while looking for new recipes. I've watched like 30 episodes in a row. You keep mentioning your sauce and in the videos you say "Free shipping in the united states". I decided to try some of your sauce, but when I went to make a purchase it was going to charge me $12.40 per bottle for shipping!!!! So if I got 2 bottles its $24.80. 3 bottles $37.20 etc etc.  That's just shipping and not including the cost of the product. Is this a glitch on the website? How can I purchase your sauce
Read more
REPLY  👍 👎  ♥    View all 2 replies ⌄

Up next    AUTOPLAY 🔵

$1 Ribeye Steak
Cooking With Jack Show ✓
70K views

My Fat Loss Stretch Marks
Ad

Big Green Egg vs. Vision Grill -
BATTLE OF THE KAMADOS
Cooking With Jack Show ✓
16K views

INSTANT POT BBQ Coca-Cola
Ribs
Cooking With Jack Show ✓
40K views

Playing With Your Food -
Burgers
Cooking With Jack Show ✓
216K views

Red Copper 5 Minute Chef
EXPLODES!!!!
Cooking With Jack Show ✓
68K views

Japanese Trying Mexican Food
for the First Time
TabiEats
43K views

COOKING WITH JACK SHOW ·
E102
How to Make Julia Child's Beef
Bourguignon
Cooking With Jack Show ✓
67K views

Reuben Pizza
Cooking With Jack Show ✓
1.4K views
New

15 Cooking Tricks Chefs Reveal
Only at Culinary Schools
BRIGHT SIDE ✓
1.9M views

Make Perfect McDonald's
French Fries at Home!
Cooking With Shotgun Red
261K views

Easy Bake Ultimate Oven by
Hasbro Review
Cooking With Jack Show ✓
39K views

Battle of the Kettle Grills -
Weber vs Sam's Club (Members
Cooking With Jack Show ✓
9.4K views

COOKING WITH JACK SHOW  S5 ·
E105
Poutine (redo) - Canada
Cooking With Jack Show ✓
55K views

BEST Pho! TRADITIONAL
Noodle Tour of Saigon Vietnam
Strictly Dumpling
293K views

14 Cooking Secrets Only Used
by Restaurant Chefs
BRIGHT SIDE ✓
329K views

COOKING WITH JACK SHOW  S4 ·
E58
LAZY MAN'S BREAD
Cooking With Jack Show ✓
246K views

Crispy Cheddar Frico Burger
Cooking With Jack Show ✓
14K views

22 HILARIOUS FOOD TRICKS
AND HACKS
5-Minute Crafts ✓
1.6M views


Paula Deen's Family Kitchen
Review
Jack On The Go Show ✓
8.1K views

Emmy's FIRST Taste of
JOLLIBEE! Chickenjoy,
emmymadeinjapan ✓
114K views
New



Nancy Roddy  5 days ago
Love you Jack

REPLY  1  👍  👎  ❤

View reply ⌄

aizlyne1  5 days ago
Happy 2018 to all the cooking with Jack folks. God Bless you all in the new year !!

REPLY  👍  👎

Kebby92  6 days ago
Jack whatever happened to the video where you canned the $100 chili?

REPLY  👍  👎

jim crowhurst  6 days ago
Holding out for your sauces over here in UK!

REPLY  👍  👎

mark tufts  6 days ago
Yea  oh Canada

REPLY  👍  👎

Gadget Girl66  6 days ago
You just gave me another reason to keep my Prime account. Can't wait to be able to get your sauces.  Wishing you and your family a blessed new year.

REPLY  👍  👎